UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RAJEEV VARMA, M.D., <br><br> Plaintiff, <br><br> v. <br><br> DAVID SCOTT WEST, M.D.; DANIEL DOOLITTLE M.D.; OTHNIEL DOOLITTLE, M.D.; SILPA MADDALA, M.D.; EARL RUDOLPH, M.D.; AMR GHARIB, M.D.; SYLVIA HATSERAS, M.D.; SARAH ALDERMAN, M.D.; MOHAMMAD ABOU-RAYAN, M.D.; YASSIR KHAWAJA RAHMAN, M.D.; TOMMY IBRAHIM, M.D.; MOHAMMAD JARBOU, M.D.; HUMAYUN LODHI, M.D.; SUSAN BLEVINS; MARY ELLEN DEBORD; MCLAUGHLIN & SONS INSURANCE AGENCY; WEST CONSULTANT LLC; INTEGRITAS; FORTE; JOHN CULLINANE, J.D.; LAWRENCE HOPKINS; and TERRENCE J. ROCZKOWSKI, <br><br> Defendants. | Case No. 22-cv-2940-JPG |

**MEMORANDUM AND ORDER**

This matter comes before the Court on the Court's December 22, 2022, order to show cause (Doc. 25). That order noted that, although plaintiff Rajeev Varma filed this case in June 2022, there is no evidence in the record of service of process on any defendant despite the extension of the service deadline to December 16, 2022. The Court ordered Varma to show cause why this case should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) for failure to timely effect service. Rule 4(m) requires service be accomplished within 90 days after filing a complaint and directs the Court to dismiss without prejudice claims against unserved defendants or to extend the time for service. The Court further warned Varma that if he failed to respond in a timely manner to the show cause order, the Court would dismiss his claims against the unserved defendants pursuant to Rule 4(m).

Varma responded to the order to show cause with an illegible filing docketed as a motion for extension of time to respond to the show cause order until January 20, 2023 (Doc. 30). The Court struck the illegible filing and extended the time for Varma to submit a legible response until February 3, 2023, effectively granting him the extension he requested and more (Doc. 31). Since then, Varma has not filed a response to the order to show cause.

Accordingly, as it warned it would do, the Court **DISMISSES** all claims in this case **without prejudice** pursuant to Rule 4(m) and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:  February 15, 2023**

    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**