UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RAJEEV VARMA, M.D.,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID SCOTT WEST, M.D.; DANIEL DOOLITTLE M.D.; OTHNIEL DOOLITTLE, M.D.; SILPA MADDALA, M.D.; EARL RUDOLPH, M.D.; AMR GHARIB, M.D.; SYLVIA HATSERAS, M.D.; SARAH ALDERMAN, M.D.; MOHAMMAD ABOU-RAYAN, M.D.; YASSIR KHAWAJA RAHMAN, M.D.; TOMMY IBRAHIM, M.D.; MOHAMMAD JARBOU, M.D.; HUMAYUN LODHI, M.D.; SUSAN BLEVINS; MARY ELLEN DEBORD; MCLAUGHLIN & SONS INSURANCE AGENCY; WEST CONSULTANT LLC; INTEGRITAS; FORTE; JOHN CULLINANE, J.D.; LAWRENCE HOPKINS; and TERRENCE J ROCZKOWSKI,<br><br>    Defendants. | Case No. 22-cv-2940-JPG |

## JUDGMENT

This matter having come before the Court and the plaintiff having failed to serve any defendant and a decision having been rendered,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED:** February 15, 2023            MONICA A. STUMP, Clerk of Court

                                                               **s/Tina Gray, Deputy Clerk**

**Approved:**     s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**