UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RAJEEV VARMA, M.D.,

Plaintiff,

v.

DAVID SCOTT WEST, M.D.; DANIEL DOOLITTLE M.D.; OTHNIEL DOOLITTLE, M.D.; SILPA MADDALA, M.D.; EARL RUDOLPH, M.D.; AMR GHARIB, M.D.; SYLVIA HATSERAS, M.D.; SARAH ALDERMAN, M.D.; MOHAMMAD ABOU-RAYAN, M.D.; YASSIR KHAWAJA RAHMAN, M.D.; TOMMY IBRAHIM, M.D.; MOHAMMAD JARBOU, M.D.; HUMAYUN LODHI, M.D.; SUSAN BLEVINS; MARY ELLEN DEBORD; MCLAUGHLIN & SONS INSURANCE AGENCY; WEST CONSULTANT LLC; INTEGRITAS; FORTE; JOHN CULLINANE, J.D.; LAWRENCE HOPKINS; and TERRENCE J ROCZKOWSKI,

Defendants.

Case No. 22-cv-2940-JPG

**ORDER**

This matter comes before the Court for case management purposes. It has come to the Court's attention that plaintiff Rajeev Varma has repeatedly attempted to file documents by emailing them to the Clerk of Court rather than delivering a paper document to the Clerk as required by Federal Rule of Civil Procedure 5(d)(2)(A) for litigants who have not been allowed to electronically file in CM/ECF. Varma has not been allowed to use CM/ECF.

On March 17, 2023, at 11:14 p.m., Varma emailed a notice of appeal to the Clerk of Court. The following business day, March 20, 2023, the Court agreed to accept the document because of its jurisdictional significance. Accordingly, it directed the Clerk of Court to file the notice (Doc. 34), which she did on March 20, 2023, triggering the appeal opened as Appeal No. 23-1529.

More recently, Varma emailed the Clerk of Court a set of documents. Pursuant to Rule 5(d)(2)(B), the Court declines to accept the documents for filing in this manner and **DIRECTS** the Clerk of Court to notify Varma they will not be docketed until properly filed pursuant to the Federal Rules of Civil Procedure and the Local Rules of this district. The Court further **DIRECTS** the Clerk of Court to do the same for any other documents tendered by Varma via email.

The Court reiterates its advice to Varma in its January 10, 2023, order (Doc. 26) that all requests to or communication with the Court must be made in writing and filed with the Clerk of Court pursuant to the Federal Rules of Civil Procedure and the Local Rules of this district. Additionally, pursuant to Rule 5(d)(2)(B), the Court declines to agree to accept for filing documents received from Varma by the Clerk of Court via email. The Court further **WARNS** Varma that if he continues to email proposed documents to the Clerk of Court for filing rather than filing them in compliance with the applicable rules, the Court may impose sanctions which may include a monetary sanction or a filing ban.

The Court **DIRECTS** the Clerk of Court to send this order to the Court of Appeals for its consideration in connection with Appeal No. 23-1529.

**IT IS SO ORDERED.**
**DATED: April 4, 2023**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**